IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII IRON WORKERS HEALTH AND WELFARE TRUST FUND, BY ITS TRUSTEES, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> D&C WELDING STRUCTURAL & ORNAMENTAL, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE GOVERNMENT AGENCIES 1-10, DOE TRUSTS 1-10, <br><br> Defendants. | CIV. NO. 20-00410 JMS-RT |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT D&C WELDING STRUCTURAL & ORNAMENTAL, INC.

Findings and Recommendation having been filed and served on all parties on May 26, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Entry of Default

Judgment Against Defendant D&C Welding Structural & Ornamental, Inc." are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 14, 2021.



   /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge