# EXHIBIT A

# TORKILDSON KATZ

# HETHERINGTON HARRIS & KNOREK
## ATTORNEYS AT LAW, A LAW CORPORATION
### 700 BISHOP STREET, 15TH FLOOR
### HONOLULU, HAWAII 96813
### TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
### Identification No. 99-0155867

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
94-497 Ukee Street
Waipahu, HI 96797

Date: September 3, 2021
Invoice No. 363231
Page: 1

For services rendered and costs incurred through 07/31/2021

RE D & C WELDING STRUCTURAL & ORNAMENTAL, INC.
54899.0016

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $397.48 |

## Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| REDACTED: Attorney-Client | BWT | REDACTED: Attorney-Client; Work Product Privilege | 260.00 | REDACTED: Attorney-Client; Work Product Priv | |
| 07/21/2021 | JGH | Follow up re: order for examination of judgment debtor; email to E Agor re: status of collection proceedings. | 260.00 | 0.43 | 111.80 |
| 07/23/2021 | BWT | Drafting ex parte motion for examination of judgment debtor and declaration in support; | 260.00 | 0.60 | 156.00 |
| | | For Current Services Rendered | | 1.20 | 312.00 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| J. George Hetherington | 0.43 | $260.00 | $111.80 |
| Brian Tilker | 0.77 | 260.00 | 200.20 |

| | |
|---|---|
| Excise Tax on Services | 14.70 |
| Invoice Total | 326.70 |

### Payments

| | | |
|---|---|---|
| 08/02/2021 | Payment - 361944 & 362547 | -397.48 |
| | **Balance Due** | $326.70 |

# TORKILDSON KATZ

## HETHERINGTON HARRIS & KNOREK
### ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813
TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
**Identification No. 99-0155867**

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
94-497 Ukee Street
Waipahu, HI  96797

| | |
|---|---|
| Date: | October 18, 2021 |
| Invoice No. | 363791 |
| Page: | 1 |

For services rendered and costs incurred through 08/31/2021

RE  D & C WELDING STRUCTURAL & ORNAMENTAL, INC.
54899.0016

Previous Balance                                                                                          $326.70

### Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/30/2021 | JAK | reviewing and analyzing Court order re: upcoming judgment debtor exam and proof of service relating thereto | 260.00 | 0.26 | 67.60 |
| | | For Current Services Rendered | | 0.26 | 67.60 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jacob A. Kamstra | 0.26 | $260.00 | $67.60 |

Excise Tax on Services                                                                                          3.19

### Costs

| | | |
|---|---|---|
| 08/13/2021 | Subpoena fees - PROSERV, LLC : Ex Parte Motion & Mileage on 08/11/21 | 90.65 |
| | Total Costs | 90.65 |
| | Invoice Total | 161.44 |

### Payments

| | | |
|---|---|---|
| 09/20/2021 | Payment - 363231 | -326.70 |

**Balance Due**                                                                                          $161.44

# TORKILDSON KATZ

# HETHERINGTON HARRIS & KNOREK
## ATTORNEYS AT LAW, A LAW CORPORATION
### 700 BISHOP STREET, 15TH FLOOR
### HONOLULU, HAWAII 96813
### TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
### Identification No. 99-0155867

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
94-497 Ukee Street
Waipahu, HI 96797

Date: December 15, 2021
Invoice No. 364509
Page: 1

For services rendered and costs incurred through 09/30/2021

RE D & C WELDING STRUCTURAL & ORNAMENTAL, INC.
54899.0016

Previous Balance                                                                                  $161.44

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/2021 | JAK | preparing for judgment debtor exam while reviewing and analyzing case records and researching and analyzing case law re: judgment debtor failure to appear and Court orders to show cause | 260.00 | 0.86 | 223.60 |
| 09/02/2021 | JAK | appearing at judgment debtor exam (.6); preparing proposed orders for the Court re: Order to show cause and Order continuing judgment debtor exam (.17); reviewing and analyzing minute entry (.09) | 260.00 | 0.86 | 223.60 |
| 09/07/2021 | JAK | drafting and revising Order to Show Cause while reviewing and analyzing the Court's Minute Order (0.6); drafting and revising Order Granting Oral Motion to Continue Judgment Debtor Exam while reviewing and analyzing the Court's Minute Order (0.51) | 260.00 | 1.11 | 288.60 |
| 09/08/2021 | BWT | Reviewing and revising proposed orders granting OTSC and granting continuance of debtor exam; | 260.00 | 0.17 | 44.20 |
| | | For Current Services Rendered | | 3.00 | 780.00 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brian Tilker | 0.17 | $260.00 | $44.20 |
| Jacob A. Kamstra | 2.83 | 260.00 | 735.80 |

Excise Tax on Services                                                                            36.75

Invoice Total                                                                                     816.75

**Balance Due**                                                                                   $978.19

EXHIBIT "A" Page 3 of 10

# TORKILDSON KATZ

## HETHERINGTON HARRIS & KNOREK
### ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813
TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
**Identification No. 99-0155867**

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
94-497 Ukee Street
Waipahu, HI   96797

Date:  December 16, 2021
Invoice No.             364542
Page:    1

For services rendered and costs incurred through 10/31/2021

RE  D & C WELDING STRUCTURAL & ORNAMENTAL, INC.
54899.0016

Previous Balance                                                              $978.19

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2021 | BWT | Analyzing court's entry of order continuing judgment debtor exam and order to show cause as to D&C Welding; | 260.00 | 0.09 | 23.40 |
| 10/28/2021 | JAK | Preparing for and attending hearing on order to show cause and further judgment debtor exam (.3); revising and finalizing proposed second order to show cause and second order granting to continue judgment debtor exam (.5) | 260.00 | 0.69 | 179.40 |
| | BWT | Analyzing court's further entry regarding continuance of judgment debtor exam; | 260.00 | 0.09 | 23.40 |
| | | For Current Services Rendered | | 0.87 | 226.20 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brian Tilker | 0.18 | $260.00 | $46.80 |
| Jacob A. Kamstra | 0.69 | 260.00 | 179.40 |

Excise Tax on Services                                                        10.66

Invoice Total                                                                 236.86

### Payments

| Date | Description | Amount |
|---|---|---|
| 11/04/2021 | Payment - 363791 | -161.44 |

**Balance Due**                                                           $1,053.61

EXHIBIT "A" Page 4 of 10

Case 1:20-cv-00410-JMS-RT   Document 49-1   Filed 01/03/22   Page 6 of 11   PageID.551

Donkiddon Katz Hetherington Harris Knorek

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Client ID 54899.0016 HAWAII IRON WORKERS LOCAL 625 | | | | | | | | | |
| 54899.0016 | REDACTED: Attorney-Cli | BWT | P | 1 | 260.00 | | | REDACTED: Attorney-Client; Work Product Privilege | 104 |
| 54899.0016 | REDACTED: Attorney | BWT | P | 1 | 260.00 | | | REDACTED: Attorney-Client; Work Product Privilege | 105 |
| 54899.0016 | REDACTED: Attorney | BWT | P | 1 | 260.00 | | | REDACTED: Attorney-Client; Work Product Privilege | 106 |
| 54899.0016 | REDACTED: Attorney | BWT | P | 1 | 260.00 | | | REDACTED: Attorney-Client; Work Product Privilege | 107 |
| 54899.0016 | 12/22/2021 | BWT | P | 1 | 260.00 | 0.30 | 78.00 | Preparing for and attending return hearing on order to show cause; | 108 |
| 54899.0016 | 12/23/2021 | BWT | P | 1 | 260.00 | 0.10 | 26.00 | Analyzing court's minute entry regarding order to show cause hearing; | 109 |
| **Total for Client ID 54899.0016** | | | | | Billable | 1.50 | 390.00 | HAWAII IRON WORKERS LOCAL 625 D & C WELDING STRUCTURAL & ORNAMENTAL, INC. | |

| | | **GRAND TOTALS** | | |
|---|---|---|---|---|
| | Billable | 1.50 | 390.00 | |

EXHIBIT "A" Page 5 of 10

Donaldson Katz Hetherington Hauschka Knorek

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|-------|
| **Client ID 54899.0016 HAWAII IRON WORKERS LOCAL 625** | | | | | | | | |
| 54899.0016 | 11/03/2021 | JGH | P | 200 | | 176.96 | Service of complaint/ summons & mileage @ 67-251 Kukuea Cr. on 11/03/21. | 5 |
| 54899.0016 | 11/23/2021 | JGH | P | 200 | | 143.46 | Service of documents and mileage @ 67-251 Kekea Cr. on 11/23/21 | 7 |
| 54899.0016 | 12/01/2021 | JGH | P | 230 | | | REDACTED: Attorney-Client; Work Product Privilege | 6 |

| Total for Client ID 54899.0016 | | | Billable | 462.83 | HAWAII IRON WORKERS LOCAL 625 |
|---|---|---|---|---|---|
| | | | | | D & C WELDING STRUCTURAL & ORNAMENTAL, INC. |

| **GRAND TOTALS** | | |
|---|---|---|
| | Billable | 462.83 |

# HETHERINGTON HARRIS & KNOREK
## ATTORNEYS AT LAW, A LAW CORPORATION
### 700 BISHOP STREET, 15TH FLOOR
### HONOLULU, HAWAII 96813
### TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
### Identification No. 99-0155867

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
Attention: Stabilization Fund
94-497 Ukee Street
Waipahu, HI  96797

| | |
|---|---|
| Date: | September 3, 2021 |
| Invoice No. | 363232 |
| Page: | 1 |

For services rendered and costs incurred through 07/31/2021

RE  STABILIZATION FUND-ADV. D&C WELDING STRUCTURA
54899.0017

| | | | |
|---|---|---|---|
| Previous Balance | | | $8.17 |

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| REDACTED: Attorney-Client | BWT | REDACTED: Attorney-Client; Work Product Privilege | 260.00 | REDACTED: Attorney-Client; Work Product Priv | |
| 07/21/2021 | JGH | Follow up re: order for examination of judgment debtor; email to E Agor re: status of collection proceedings. | 260.00 | 0.07 | 18.20 |
| 07/23/2021 | BWT | Drafting ex parte motion for examination of judgment debtor and declaration in support; | 260.00 | 0.10 | 26.00 |
| | | For Current Services Rendered | | 0.20 | 52.00 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| J. George Hetherington | 0.07 | $260.00 | $18.20 |
| Brian Tilker | 0.13 | 260.00 | 33.80 |

| | |
|---|---|
| Excise Tax on Services | 2.45 |
| Invoice Total | 54.45 |

### Payments

| | | |
|---|---|---|
| 07/16/2021 | Payment - 362548 | -8.17 |

| | |
|---|---|
| **Balance Due** | $54.45 |

# TORKILDSON KATZ

# HETHERINGTON HARRIS & KNOREK

### ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813
TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
**Identification No. 99-0155867**

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
Attention: Stabilization Fund
94-497 Ukee Street
Waipahu, HI 96797

Date: October 18, 2021
Invoice No. 363792
Page: 1

For services rendered and costs incurred through 08/31/2021

RE STABILIZATION FUND-ADV. D&C WELDING STRUCTURA
54899.0017

| | | | Previous Balance | | | $54.45 |
|---|---|---|---|---|---|---|

## Fees

| | | | | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/30/2021 | JAK | reviewing and analyzing Court order re: upcoming judgment debtor exam and proof of service relating thereto | | 260.00 | 0.04 | 10.40 |
| | | For Current Services Rendered | | | 0.04 | 10.40 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Jacob A. Kamstra | 0.04 | $260.00 | $10.40 |

| Excise Tax on Services | 0.49 |
|---|---|

## Costs

| 08/13/2021 | Subpoena fees - PROSERV, LLC : Ex Parte Motion & Mileage on 08/11/21 | 15.11 |
|---|---|---|
| | Total Costs | 15.11 |
| | Invoice Total | 26.00 |

## Payments

| 09/24/2021 | Payment - 363232 | -54.45 |
|---|---|---|

| **Balance Due** | $26.00 |
|---|---|

EXHIBIT "A" Page 8 of 10

# TORKILDSON KATZ
## HETHERINGTON HARRIS & KNOREK
### ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813
TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
**Identification No. 99-0155867**

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
Attention: Stabilization Fund
94-497 Ukee Street
Waipahu, HI 96797

Date: December 15, 2021
Invoice No. 364510
Page: 1

For services rendered and costs incurred through 09/30/2021

RE STABILIZATION FUND-ADV. D&C WELDING STRUCTURA
54899.0017

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $26.00 |

### Fees

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 09/01/2021 | JAK | preparing for judgment debtor exam while reviewing and analyzing case records and researching and analyzing case law re: judgment debtor failure to appear and Court orders to show cause | 260.00 | 0.14 | 36.40 |
| 09/02/2021 | JAK | appearing at judgment debtor exam (.1); preparing proposed orders for the Court re: Order to show cause and Order continuing judgment debtor exam (.03); reviewing and analyzing minute entry (.01) | 260.00 | 0.14 | 36.40 |
| 09/07/2021 | JAK | drafting and revising Order to Show Cause while reviewing and analyzing the Court's Minute Order (.1); drafting and revising Order Granting Oral Motion to Continue Judgment Debtor Exam while reviewing and analyzing the Court's Minute Order (.09) | 260.00 | 0.19 | 49.40 |
| 09/08/2021 | BWT | Reviewing and revising proposed orders granting OTSC and granting continuance of debtor exam; | 260.00 | 0.03 | 7.80 |
| | | For Current Services Rendered | | 0.50 | 130.00 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brian Tilker | 0.03 | $260.00 | $7.80 |
| Jacob A. Kamstra | 0.47 | 260.00 | 122.20 |

| | |
|---|---|
| Excise Tax on Services | 6.13 |
| Invoice Total | 136.13 |
| **Balance Due** | $162.13 |

EXHIBIT "A" Page 9 of 10

# TORKILDSON KATZ

## HETHERINGTON HARRIS & KNOREK
### ATTORNEYS AT LAW, A LAW CORPORATION
700 BISHOP STREET, 15TH FLOOR
HONOLULU, HAWAII 96813
TELEPHONE (808) 523-6000 . FACSIMILE (808) 523-6001
**Identification No. 99-0155867**

Hawaii Iron Workers Local 625

Hawaii Iron Workers Local 625
Attention:  Stabilization Fund
94-497 Ukee Street
Waipahu, HI   96797

Date:  December 16, 2021
Invoice No.            364543
Page:    1

For services rendered and costs incurred through 10/31/2021

RE  STABILIZATION FUND-ADV. D&C WELDING STRUCTURA
54899.0017

| | | | | | |
|---|---|---|---|---|---|
| Previous Balance | | | | | $162.13 |

### Fees

| | | | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/08/2021 | BWT | Analyzing court's entry of order continuing judgment debtor exam and order to show cause as to D&C Welding; | 260.00 | 0.01 | 2.60 |
| 10/28/2021 | JAK | Preparing for and attending hearing on order to show cause and further judgment debtor exam (.3); revising and finalizing proposed second order to show cause and second order granting to continue judgment debtor exam (.5) | 260.00 | 0.11 | 28.60 |
| | BWT | Analyzing court's further entry regarding continuance of judgment debtor exam; | 260.00 | 0.01 | 2.60 |
| | | For Current Services Rendered | | 0.13 | 33.80 |

### Recap

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Brian Tilker | 0.02 | $260.00 | $5.20 |
| Jacob A. Kamstra | 0.11 | 260.00 | 28.60 |

| | |
|---|---|
| Excise Tax on Services | 1.59 |
| Invoice Total | 35.39 |

### Payments

| | | |
|---|---|---|
| 10/28/2021 | Payment - 363792 | -26.00 |

| | |
|---|---|
| **Balance Due** | $171.52 |

EXHIBIT "A" Page 10 of 10