# EXHIBIT B

# LAW FIRMS — PAGE 1
## Ranked by number of lawyers[1]

| Rank (Prior rank) | Company name / Address / Website / Phone / Year established in Hawaii | Lawyers[1] Partners / Associates | Hourly fee Partners / Associates | Some specialty areas | Top executive(s) Title / Email |
|---|---|---|---|---|---|
| 1 (1) | Cades Schutte<br>1000 Bishop St., Ste. 1200, Honolulu, HI 96813<br>cades.com / (808) 521-9200   1922 | 75 / 39 | DND / DND | Full-service firm: civil litigation, finance/banking, real estate, corporate, tax | Rhonda Griswold, Grace Nihei Kido, Kelly LaPorte, Marc Rousseau: Partners, cades@cades.com |
| 2 (2) | Goodsill Anderson Quinn & Stifel<br>1099 Alakea St., Ste. 1800, Honolulu, HI 96813<br>goodsill.com / (808) 547-5600   1878 | 61 / 39 | DND / DND | Litigation, real property, banking, tax, labor/ employment, environmental | Peter Kashiwa: Managing Partner, pkashiwa@goodsill.com<br>Carole Spivey: COO, cspivey@goodsill.com<br>Kimberley Manning: Dir. of RM/ IT: kmanning@goodsill.com |
| 3 (3) | Carlsmith Ball<br>1001 Bishop St., Ste. 2200, Honolulu, HI 96813<br>carlsmith.com / (808) 523-2500   1857 | 60 / 42 | DND / DND | Real estate/land use; tax; corporate/transactions; environmental; banking | Karl Kobayashi: Chair of Firm; NA<br>Michelle Imata: Managing Partner; imata@carlsmith.com |
| 4 (4) | Alston Hunt Floyd & Ing<br>1001 Bishop St., Ste. 1800, Honolulu, HI 96813<br>ahfi.com / (808) 524-1800   1991 | 37 / 15 | $300 - $695 / $150 - $400 | Commercial litigation, personal injury, real property, health care, labor | Paul Alston: President; palston@ahfi.com<br>William Hunt: Managing Dir.; whunt@ahfi.com |
| 5 (5) | Legal Aid Society of Hawaii<br>924 Bethel St., Honolulu, HI 96813<br>legalaidhawaii.org / (808) 536-4302   1950 | 35 / NA | NA / NA | Family law, public benefits, housing, fair housing, consumer law | M. Nalani Fujimori Kaina: Exec. Dir., nafujim@lashawk.org |
| 6 (6) | McCorriston Miller Mukai MacKinnon<br>500 Ala Moana Blvd., 4th Floor, Honolulu, HI 96813<br>m4law.com / (808) 529-7300   1989 | 35 / 22 | DND / DND | Real estate, litigation, appellate practice, taxation, labor, environmental | Randall Sakumoto: Managing Partner, rsakumoto@m4law.com |
| 7 (7) | Ashford & Wriston<br>1099 Alakea St., Ste. 1400, Honolulu, HI 96813<br>ashfordwriston.com / (808) 539-0400   1955 | 32 / 19 | $250 - $325 / $160 - $190 | Real property, civil litigation, business, tax, bank/ fiduciary services, health | Kevin Herring: Managing Partner; NA |
| 8 (NR) | Kobayashi Sugita & Goda<br>999 Bishop St., 26th Floor, Honolulu, HI 96813<br>ksglaw.com / (808) 535-5700   1971 | 31 / 17 | DND / DND | Complex litigation, commercial, construction, corporate, real estate | Joseph Stewart: Managing Partner, NA<br>Wendell Fuji: Managing Partner, NA |
| 9 (9) | Case Lombardi & Pettit<br>737 Bishop St., Ste. 2600, Honolulu, HI 96813<br>caselombardi.com / (808) 547-5400   1888 | 26 / 14 | $256 - $475 / $160 - $225 | Real estate, business, land use, bankruptcy, collections, commercial litigation | Dennis Lombardi: Dir. & President; NA<br>Lauren Sharkey: Managing Dir.; lsharkey@caselombardi.com |
| 10 (12) | Watanabe Ing<br>999 Bishop St., 23rd Floor, Honolulu, HI 96813<br>wik.com / (808) 544-8300   1971 | 25 / 13 | DND / DND | Asia Pacific consulting, banking, real estate, commercial litigation | J. Douglas Ing: Partner, dougsing@wik.com |
| 10 (10) | Ayabe Chong Nishimoto Sia & Nakamura<br>1003 Bishop St., Ste. 2500, Honolulu, HI 96813<br>hawadvocate.com / (808) 537-6119   1963 | 25 / 20 | DND / DND | Aviation, commercial litigation, employment, motor vehicle, personal injury | Sidney Ayabe: Managing Partner, sidney.ayabe@hawadvocate.com |
| 10 (10) | Torkildson Katz Moore Hetherington & Harris<br>700 Bishop St., 15th Floor, Honolulu, HI 96813<br>torkildson.com / (808) 523-6000   1947 | 25 / 13 | $300 - $480 / $220 - $285 | Labor/employment, corporate, litigation, health care, securities, real estate | J. George Hetherington: President; NA |
| 13 (12) | Rush Moore<br>737 Bishop St., Ste. 2400, Honolulu, HI 96813<br>mhawaii.com / (808) 521-0400   1946 | 23 / 15 | DND / DND | Civil litigation, real estate, public utilities, business organization, estate planning | David Shibata: Managing Partner; NA<br>Stephen Mau: Partner; NA |
| 14 (12) | Bays Lung Rose & Holma<br>1099 Alakea St., 16th Floor, Honolulu, HI 96813<br>legalhawaii.com / (808) 523-9000   1986 | 22 / 8 | $275 - $475 / $175 - $235 | Complex construction, real estate/business litigation, business transactions | Ryan Engle: Partner; NA<br>Bruce Voss: Partner; NA |
| 14 (8) | Damon Key Leong Kupchak Hastert<br>1003 Bishop St., Ste. 1600, Honolulu, HI 96813<br>hawaiilawyer.com / (808) 531-8031   1963 | 22 / 11 | $250 - $400 / $160 - $260 | Business, real estate, land use, construction, litigation, estates, creditor's rights | Kenneth Kupchak: President; krk@hawaiilawyer.com<br>Michael Yoshida: VP; may@hawaiilawyer.com<br>Christine Kubota: Secretary; cak@hawaiilawyer.com |
| 16 (12) | Clay Chapman Iwamura Pulice & Nervell<br>700 Bishop St., Ste. 2100, Honolulu, HI 96813<br>paclawteam.com / (808) 535-8400   1977 | 20 / 5 | $250 - $425 / $175 - $325 | Banking, construction, mediation/arbitration, condominium, real estate | Michael Steiner: Exec. Dir. of Admin., msteiner@paclawteam.com<br>Gerald Clay: Dir.; gclay@paclawteam.com |
| 17 (17) | Cronin Fried Sekiya Kekina & Fairbanks<br>841 Bishop St., Ste. 600, Honolulu, HI 96813<br>croninfried.com / (808) 524-1433   1973 | 19 / 12 | NA[2] / NA[2] | Personal injury | L. Richard Fried Jr.: President; lrfried@croninfried.com |
| 18 (16) | O'Connor Playdon & Guben<br>733 Bishop St., Ste. 2400, Honolulu, HI 96813<br>opglaw.com / (808) 524-8350   1976 | 18 / 15 | DND / DND | Insurance defense, commercial litigation, bankruptcy, construction | Michael McGuigan: Managing Partner, mgm@opglaw.com |
| 19 (18) | Bickerton Lee Dang Sullivan<br>745 Fort Street Mall, Ste. 801, Honolulu, HI 96813<br>bsds.com / (808) 599-3811   1989 | 17 / 6 | DND / DND | Commercial, business, real estate, consumer class action, under complexities | Terrance Lee: Managing Partner; lee@bsds.com |
| 20 (20) | Kessner Umebayashi Bain & Matsunaga<br>220 S. King St., Ste. 1900, Honolulu, HI 96813<br>NA / (808) 536-1900   1977 | 15 / 8 | DND / DND | General litigation, construction, personal injury, medical malpractice | Robert Kessner: President & Dir. rkessner@kdubm.com |
| 20 (21) | Marr Jones & Wang<br>1003 Bishop St., Ste. 1500, Honolulu, HI 96813<br>marrjones.com / (808) 536-4900   1995 | 15 / 9 | $780 - $300 / $165 - $230 | Labor and employment law and employment litigation representing management | Sarah Wang: Managing Partner, swang@marrjones.com<br>Barry Marr: Partner, bmarr@marrjones.com |
| 20 (16) | Starn O'Toole Marcus & Fisher<br>733 Bishop St., Ste. 1900, Honolulu, HI 96813<br>starnlaw.com / (808) 537-6100   1994 | 15 / 9 | $300 - $500 / $175 - $275 | Real estate, complex commercial litigation, construction litigation, appeals, funds | Peter Starn: Chairman & President; pstarn@starnlaw.com<br>Terence O'Toole: Dir. of Litigation; totoole@starnlaw.com<br>Kenneth Marcus: Dir.; kmarcus@starnlaw.com<br>Duane Fisher: Dir.; dfisher@starnlaw.com |
| 23 (21) | Chun Kerr Dodd Beaman & Wong<br>745 Fort Street Mall, 9th Floor, Honolulu, HI 96813<br>chunkerr.com / (808) 528-8200   1970 | 14 / 7 | $375 - $395 / $185 - $275 | Real estate, tax, tax litigation, general corporate, commercial | Andrew Beaman: Managing Partner, abeaman@chunkerr.com |
| 24 (23) | Lyons Brandt Cook & Hiramatsu<br>841 Bishop St., Ste. 1800, Honolulu, HI 96813<br>lbchlaw.com / (808) 524-7030   1977 | 13 / 11 | DND / DND | General civil/trial practice, insurance, construction, surety, personal injury | George Brandt: Managing Partner; NA |
| 25 (24) | Dubin Law Offices<br>55 Merchant St., Ste. 3100, Honolulu, HI 96813<br>dubinlaw.net / (808) 537-2300   1964 | 12 / 1 | $480 - $560 / $185 - $350 | Civil trial and general appellate practice | Gary Dubin: Owner, gdubin@dubinlaw.net |

Notes: DND: did not disclose; NA: not available; NR: not previously ranked. [1] Includes partners, associates and of counsel attorneys. [2] Cronin Fried Sekiya Kekina & Fairbanks works on a contingency basis and does not charge by the hour. Information supplied by individual companies through surveys. Originally published Jan. 25, 2013.

Researched by Lissy Tuitupou, ltuitupou@bizjournals.com | (808) 955-8037

# LAW FIRMS — PAGE 2
### Ranked by number of lawyers[1]

| Rank (Prior rank) | Company name / Address / Website / Phone | Year established in Hawaii | Lawyers / Partners / Associates | Hourly fee: Partners / Associates | Some specialty areas | Top executive(s) / Title / Email |
|---|---|---|---|---|---|---|
| 26 (24) | Bronster Hoshibata<br>1003 Bishop St., Ste. 2300, Honolulu, HI 96813<br>bnhawaii.net / (808) 524-5644 | 1990 | 13 / 4 | DND / DND | Commercial, business, and partnership disputes, securities litigation, financial fraud, antitrust, administrative law, trust/estate | Margery Bronster, John Hoshibata: Sr. Partners; NA<br>Rex Fujichaku, Andrew Pepper: Partners; NA<br>Robert Natori: Of Counsel; NA |
| 26 (NR) | Motooka & Yamamoto<br>1000 Bishop St., Ste. 801, Honolulu, HI 96813<br>mybornattorney.com / (808) 532-7900 | 1994 | 13 / 2 | $225 - $250 / $200 - $225 | Representation of community associations, delinquency collections, civil litigation, insurance defense | Milton Motooka<br>President<br>milton@mybornattorney.com |
| 26 (24) | Schlack Ito<br>745 Fort Street Mall, Ste. 1500, Honolulu, HI 96813<br>schlackito.com / (808) 523-9040 | 2003 | 13 / 8 | DND / DND | Real property, business, litigation, ADR, climate and sustainability, environmental, nonprofit organizations, government | Eric Eklund: Managing Member; eeklund@schlackito.com<br>Mark Ito, Raymond Iwamoto, Derek Kobayashi, Matthew Matsunaga, Jeffrey Piper, Carl Schlack Jr.: Members; mito@schlackito.com |
| 26 (27) | Tom Petrus & Miller<br>1164 Bishop St., Ste. 850, Honolulu, HI 96813<br>tpm-hawaii.com / (808) 792-5800 | 1994 | 13 / 7 | $200 and up / $150 and up | Representation of all members of the construction industry; defense of professionals, insurance coverage, product liability | Richard Miller: Attorney; rmiller@tpm-hawaii.com<br>Michael Tom: Attorney; mtom@tpm-hawaii.com |
| 30 (29) | Coates & Frey<br>900 Fort Street Mall, Ste. 1400, Honolulu, HI 96813<br>coatesandfrey.com / (808) 524-4854 | 1986 | 10 / 1 | $275 / $250 - $270 | Divorce/family law, including custody, child support and modification, separation, property division, paternity, civil unions, restraining orders | P. Gregory Frey<br>Managing Attorney<br>gfrey@coatesandfrey.com |
| 30 (27) | Roeca Luria Hiraoka<br>841 Bishop St., Ste. 900, Honolulu, HI 96813<br>rlhlaw.com / (808) 538-7500 | 1988 | 10 / 5 | DND / DND | Aviation, bad faith, civil, commercial, construction defects, contract disputes, directors/officers, employment law, insurance coverage counseling | Keith Hiraoka: Managing Partner; khiraoka@rlhlaw.com<br>Arthur Roeca: Sr. Partner; aroeca@rlhlaw.com<br>April Luria: Partner; aluria@rlhlaw.com |
| 32 (31) | Chee, Markham & Feldman<br>1001 Bishop St., Ste. 1000, Honolulu, HI 96813<br>NA / (808) 523-0111 | 1985 | 9 / 5 | DND / DND | Civil and commercial litigation; arbitration and mediation; real estate, construction; product liability, malpractice and personal injury | Kevin Chee: Managing Partner; kchee@cheemarkham.com<br>Byron Feldman: Partner; bfeldman@cheemarkham.com<br>Gregory Markham: Partner; gmarkham@cheemarkham.com |
| 32 (31) | Fukunaga Matayoshi Hershey & Ching<br>841 Bishop St., Ste. 1200, Honolulu, HI 96813<br>fmhc-law.com / (808) 533-4300 | 1992 | 9 / 5 | DND / DND | Civil litigation, products liability, toxic torts, personal injury, insurance law, construction law, health-care law, commercial litigation | Wesley Ching: Partner; whc@fmhc-law.com<br>Kenneth Fukunaga: Partner; NA<br>Jerold Matayoshi: Partner; jm@fmhc-law.com |
| 32 (NR) | Ogawa Lau Nakamura & Jew<br>707 Richards St., Ste. 600, Honolulu, HI 96813<br>olnlaw.com / (808) 533-3999 | 1978 | 9 / 4 | $200 - $350 / $150 - $200 | Real property, condominium, construction, insurance, surety, fidelity, family law, commercial/personal injury litigation, estate planning/probate | Roy Ogawa: President/Director; rogawa@olnlaw.com<br>A. Debbie Jew: VP/Director; djew@olnlaw.com<br>Jeffrey Lau: jlau@olnlaw.com |
| 35 (31) | Bervar & Jones<br>1100 Alakea St., 20th Floor, Honolulu, HI 96813<br>bervar-jones.com / (808) 550-4990 | 2002 | 8 / 2 | $300 - $350 / $200 - $250 | Criminal defense and litigation in business, family law, wills and trusts, real estate, personal injury | Birney Bervar: Law Partner; bbb@bervar-jones.com<br>Ward Jones: Law Partner; wdj@bervar-jones.com |
| 35 (31) | Burke McPheeters Bordner & Estes<br>119 Merchant St., Ste. 200, Honolulu, HI 96813<br>bmbe-law.com / (808) 523-9833 | 1980 | 8 / 4 | DND / DND | Commercial/complex/construction litigation; corporate/commercial/general business; insurance law, personal injury, professional liability | Howard McPheeters: Partner; hmcpheeters@bmbe-law.com<br>William Bordner: Partner; bbordner@bmbe-law.com<br>James Estes: Partner; jestes@bmbe-law.com |
| 35 (31) | Dwyer Schraff Meyer Grant & Green<br>900 Fort St. Mall, Ste. 1800, Honolulu, HI 96813<br>dwyerlaw.com / (808) 524-8000 | 1978 | 8 / 5 | DND / DND | Litigation, real property, intellectual property | John Dwyer Jr.<br>President<br>jdwyer@dwyerlaw.com |
| 35 (31) | Tsugawa Biehl Lau & Muzzi<br>1132 Bishop St., Ste. 2400, Honolulu, HI 96813<br>hilaw.us / (808) 531-0490 | 2005 | 8 / 4 | $325 - $350 / $210 - $275 | General business and corporate law; construction and other civil litigation; commercial financing; lender servicing and workouts | Michael Biehl: Partner; mbiehl@hilaw.us<br>Alan Lau: Partner; alau@hilaw.us<br>Christopher Muzzi: Partner; cmuzzi@hilaw.us |
| 39 (39) | Bendet Fidell, Attorneys at Law<br>1001 Bishop St., Ste. 710, Honolulu, HI 96813<br>bendetfidell.com / (808) 524-0544 | 1974 | 7 / 3 | DND / DND | Business, corporate, real estate, estate planning, commercial litigation | Edward Bendet: President; NA<br>Jay Fidell: fidell@lava.net<br>Yuriko Sugimure: Of Counsel; bmyers@bendetfidell.com |
| 39 (NR) | Tom Quitiquit Chee & Watts<br>841 Bishop St., Ste. 2125, Honolulu, HI 96813<br>NA / (808) 526-3011 | 2012 | 7 / 7 | DND / DND | Real property transactions, escrow/development; condominium and community association law; voluntary/involuntary lease-to-fee conversions | David Chee<br>Managing Partner<br>NA |
| 39 (NR) | Yamamoto Caliboso<br>1099 Alakea St., Ste. 2100, Honolulu, HI 96813<br>ychawaii.com / (808) 540-4500 | 2008 | 7 / 4 | DND / DND | Energy law, public utilities law, telecommunications law, real estate and finance law, corporate and business law | Dean Yamamoto<br>info@ychawaii.com |
| 42 (41) | Gelber Gelber & Ingersoll<br>745 Fort Street Mall, Ste. 1400, Honolulu, HI 96813<br>gelberlawyers.com / (808) 524-0155 | 1974 | 6 / 4 | DND / DND | Business and commercial litigation; corporate and tax matters; business and insolvency law; real estate transactions; estate planning | Don Jeffrey Gelber<br>President<br>NA |
| 42 (38) | Char Hamilton Yoshida & Shimomoto<br>737 Bishop St., Ste. 2100, Honolulu, HI 96813<br>charhamilton.com / (877) 234-9119 | 1979 | 6 / 3 | DND / DND | Family law, captive insurance, business transactions, government affairs, reorganization | Geoffrey Hamilton: Dir.; NA<br>Gerald Yoshida: Dir.; NA<br>Paul Shimomoto: Partner; NA |
| 42 (41) | Kawashima Lorusso<br>745 Fort St., Ste. 500, Honolulu, HI 96813<br>NA / (808) 275-0300 | 2005 | 6 / 4 | DND / DND | Commercial litigation, professional malpractice defense, professional liability, insurance defense, health care, employment, construction litigation | James Kawashima<br>Managing Partner<br>jkawashima@klhp.com |
| 42 (41) | Sterling & Tucker<br>820 Mililani St., 4th Floor, Honolulu, HI 96813<br>sterlingandtucker.com / (808) 531-5391 | 1991 | 6 / 6 | DND / DND | Estate planning, trust administration, probate, Medicaid planning, VA long-term-care benefits planning, guardianship, conservatorship | Michelle Tucker<br>Founder<br>michelle@sterlingandtucker.com |
| 46 (41) | Badger Arakaki<br>900 Fort St. Mall, Ste. 1140, Honolulu, HI 96813<br>badgerarakaki.com / (808) 566-0855 | 2006 | 5 / 2 | DND / DND | Business, real estate, and construction disputes, landlord-tenant law, collection law, catastrophic personal injuries | Scott Arakaki: Member; scott@badgerarakaki.com<br>Robert Badger Jr.: Member; bob@badgerarakaki.com |
| 46 (46) | Cain & Herren<br>2141 W. Vineyard St., Wailuku, HI 96793<br>cainandherren.com / (808) 242-9350 | 2006 | 5 / 2 | $275 / $200 | Bankruptcy, family, criminal, contract, trust, probate, loan modification | David Cain: Dir.; david@cainandherren.com<br>Benard Herren: Dir.; ben@cainandherren.com |
| 46 (38) | Koshiba Price Gruebner & Mau<br>1003 Bishop St., Ste. 2600, Honolulu, HI 96813<br>koshibalaw.com / (808) 523-3900 | 1975 | 5 / 3 | DND / DND | Business, labor, litigation | James Koshiba<br>Managing Partner<br>jkoshiba@koshibalaw.com |
| 46 (46) | Law Offices of Marvin S.C. Dang<br>P.O. Box 4109, Honolulu, HI 96812<br>marvindanglaw.com / (808) 521-8521 | 1981 | 5 / 1 | DND / DND | Creditor's rights, collections, foreclosures, bankruptcy, real estate law, lobbying, government mediation, legislation, estate planning, probate | Marvin Dang<br>Managing Member<br>dangm@aloha.net |
| 50 (NR) | Cox Fricke<br>800 Ala Moana Blvd., Ste. 3-400, Honolulu, HI 96813<br>cfhawaii.com / (808) 585-9440 | 2011 | 4 / 2 | DND / DND | Courtroom trial practice, commercial litigation, white-collar criminal defense, personal injury | Joachim Cox: Partner; jcox@cfhawaii.com<br>Robert Fricke: Partner; rfricke@cfhawaii.com |

Notes: DND: did not disclose; NA: not available; NR: not previously ranked. [1] Includes partners, associates and of counsel attorneys.
Information supplied by individual companies through surveys. Originally published Jan. 25, 2013.

Researched by Lucy Tusupau
ltusupau@bizjournals.com / (808) 955-8037