IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII IRON WORKERS HEALTH AND WELFARE TRUST FUND, BY ITS TRUSTEES, ET AL., <br><br> PlaintiffS, <br><br> vs. <br><br> D&C WELDING STRUCTURAL & ORNAMENTAL, INC., ET AL., <br><br> Defendants. | CIV. NO. 20-00410 JMS-RT <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO AWARD PLAINTIFFS' REASONABLE ATTORNEYS' FEES AND DENY PLAINTIFFS' REQUEST FOR COSTS |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO AWARD PLAINTIFFS' REASONABLE ATTORNEYS' FEES AND DENY PLAINTIFFS' REQUEST FOR COSTS

Findings and Recommendation having been filed and served on all parties on February 9, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Award Plaintiffs' Reasonable Attorneys' Fees and Deny Plaintiffs' Request for Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 3, 2022.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge